UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEILA BIGLANG-AWA,

     Plaintiff,

          -against-

BROOKS BROTHERS GROUP, INC., a
Delaware Corporation,

     Defendant.

Case No.: 1:18-cv-005201(VEC)

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that the undersigned, Melissa A. Overbeck, Esq. of the law firm Akerman LLP, 666 Fifth Avenue, 20th Floor, New York, New York, 10103, hereby appears as counsel for Defendant, Brooks Brothers Group, Inc., and hereby requests that all notices given or required to be given and all papers served or filed in connection with this case be served upon counsel at the below address, e-mail, telephone and facsimile numbers.

Dated: New York, NY
      July 2, 2018

Respectfully submitted,

**AKERMAN LLP**

By: */s/ Melissa A. Overbeck, Esq.*
Melissa A. Overbeck, Esq.
666 Fifth Avenue, 20th Floor
New York, NY 10103
Phone:  (212) 880-3800
Fax:  (212) 880-8965
Email:  melissa.overbeck@akerman.com

*Attorneys for Defendant Brooks Brothers Group, Inc.*

45672435;1